**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MELVIN GAMBLE, JR., <br>(TDCJ-CID #1851818) | § § § § | |
| Petitioner, | § § | |
| vs. | § § | CIVIL ACTION H-18-0145 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

**ORDER OF DISMISSAL**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on _____March 9_____, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE